In the Matter of the Claim of ELSIE LOBDELL et al., Respondents, against ERNEST ERVAY, Respondent, and LUMBER MUTUAL CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted May 23, 1933; decided June 6, 1933.)

*Jeremiah F. Connor* and *Dickinson S. Talley* for appellant.

*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon* and *Henry Epstein* of counsel), for State Industrial Board, respondent.

*Harry Moseson* for Frederick R. Young, respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ.   Not sitting: HUBBS, J.